# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HERIBERTO SALAZAR AMAYA, et al.<br><br>        Defendant. | Case No. 1:25-CR-0879-JB<br><br><br>Hon. James O. Browning<br>Pete V. Domenici United States Courthouse<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102 |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Heriberto Salazar Amaya, by and through Michael V. Severo, of THE SEVERO LAW FIRM, A Professional Law Corporation, and respectfully requests an order from this Court allowing attorney Michael V. Severo to substitute attorney Brock Benjamin, as his counsel of record in this matter. This request is made upon the following grounds:

1. On April 23, 2025, Mr. Salazar Amaya was charged by indictment with alleged violations of 21 U.S.C. § 846, Conspiracy; 8 U.S.C. §§ 1326(a) and (b), Reentry of a Removed Alien; and 8 U.S.C. § 1324a(a)(1)(A), Unlawful Employment of Illegal Alien. (Docket No. 26)

2. On April 28, 2025, Mr. Salazar Amaya was arrested on those charges and appeared before a Magistrate Judge in the U.S. District Court, District of Oregon.

3. On May 21, 2025, pursuant to the provisions of the Criminal Justice Act, U.S. Magistrate Judge Karen B. Molzen appointed attorney Brock Benjamin to represent Mr. Salazar Amaya.

4. Mr. Severo was recently retained to represent Mr. Salazar Amaya.

5. Mr. Severo contacted Supervising Assistant United States Attorney Matthew McGinley who informed him that the United States takes no position on this motion to substitute counsel.

6. Mr. Severo has also attempted to contact Mr. Benjamin to obtain his position on this motion to substitute counsel. However, counsel has not received a response from Mr. Benjamin.

Therefore, for the foregoing reasons, Mr. Salazar Amaya requests this Court to issue an order substituting attorney Michael V. Severo as his counsel of record in this matter, in place of attorney Brock Benjamin.

Respectfully Submitted,

Date: May 30, 2025                    By:/s/ *Michael V. Severo*
                                      Michael V. Severo, Esq. (CA SBN: 72599, D. NM. 25-213)
                                      THE SEVERO LAW FIRM
                                      301 N. Lake Avenue, Suite 315
                                      Pasadena, CA 91101
                                      Phone: (626) 844-6400
                                      Fax: (626) 844-6446
                                      msevero@mvslaw.com