UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §  Crim. No. 1:25-cr-00879-JB |
| | § |
| HERIBERTO SALAZAR AMAYA | § |

## SECOND RESPONSE BY CURRENTLY APPOINTED COUNSEL TO MOTION FOR SUBSTITUTION OF COUNSEL

Comes now, Brock Benjamin, appointed counsel for Heriberto Salazar Amaya. In response to the Courts order, Doc. 201, on Friday June 6, 2025, the undersigned respond to the request by the Court where it asked that the undersigned to speak with the client.

On June 9, 2025, the undersigned spoke Heriberto Salazar Amaya at Cibola County Detention Center by phone and was told that he understood that his family has hired counsel. The undersigned asked him if he consented to being represented by the counsel hired by the family. Mr. Salazar stated that wanted to be represented by Severo. Mr. Benjamin files this supplement in response to the Court's order.

Respectfully submitted,

*/s/ Brock Benjamin*
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this the 9th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

                                            */s/ Brock Benjamin*
                                            BROCK BENJAMIN