IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            25-CR-0879 JB

HERIBERTO SALAZAR AMAYA,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Motion to for Substitution of Counsel *(Doc. 198)*, filed by Attorney Michael V. Severo on May 30, 2025. As requested by the Court, CJA-appointed counsel Brock Benjamin has consulted with his client and has informed the Court that Mr. Salazar Amaya specifically expressed his desire to substitute retained Attorney Severo as his counsel of record. *Doc. 204*. Having received assurance that Defendant is voluntarily withdrawing his request to be represented by counsel appointed by the Court,

**IT IS HEREBY ORDERED** that the Motion to for Substitution of Counsel *(Doc. 198)* is **GRANTED.** Attorney Benjamin is hereby relieved of any further obligations in this case.

_____
UNITED STATES MAGISTRATE JUDGE