IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 25-CR-879 JB |
| HERIBERTO SALAZAR-AMAYA, et al., | ) | |
| Defendants. | ) | |

**AMENDED[1] NOTICE TO COURT REGARDING POSITION OF DEFENSE COUNSEL TO THE UNITED STATES' MOTION TO DECLARE CASE COMPLEX, AND MOTION FOR PROTECTIVE ORDER**

The United States of America, through its undersigned counsel, hereby notified the Court of the position of defense counsel on two pending motions filed by the United States; a Motion to Declare this Case Complex[2], Doc.153; and 2) Motion for Protective Order, Doc. 155. This notice is filed in anticipation of the hearing currently scheduled on June 12, 2025, on these matters.

| Defendant by Defense Counsel | Motion | Concurs | Objects | Takes No Position |
|---|---|---|---|---|
| Salazar-Amaya by Michael Severo | Declare Complex<br>Protective Order | X<br>X | | |
| Acuna-Moreno by Marshall Ray | Declare Complex<br>Protective Order | X | | X |
| Anesi by Diego Esquibel | Declare Complex<br>Protective Order | X | | X |
| Montoya by Susan Burgess-Farrell | Declare Complex<br>Protective Order | | | X<br>X |
| Sedillo by Paul Linnenburger | Declare Complex<br>Protective Order | X | | X |
| Navarette-Ramirez by Phillip Sapien | Declare Complex<br>Protective Order | X | X | |

---

[1] Amended to include the position of Michael Severo on behalf of Heriberto Salazar-Amaya.

[2] Should the United States' Motion to Declare Case Complex be granted, the United States' Motion to Extend Discovery Deadlines, Doc. 154, will be rendered moot.

| | | | | |
|---|---|---|---|---|

| **Defendant by Defense Counsel** | **Motion** | **Concurs** | **Objects** | **Takes No Position** |
|---|---|---|---|---|
| Garcia by Jon Stanford | Declare Complex Protective Order | X | | X |
| Lopez-Altamirano by Greg Acton | Declare Complex Protective Order | X | | X |
| Martinez by Nicholas Hart | Declare Complex Protective Order | | X X | |
| Singer by Joseph Shattuck | Declare Complex Protective Order | X X | | |
| Tanner by Tom Clark | Declare Complex Protective Order | X X | | |
| Young by Carey Bhalla | Declare Complex Protective Order | | X | No position provided |
| Marquez by Tim Cornish | Declare Complex Protective Order | X | X | |
| Sanchez by John Anderson | Declare Complex Protective Order | X | | X |
| DEFENDANTS TO BE ADDED BY SUPERSEDING INDICTMENT | | | | |
| Lopez-Rubio by M. Naomi Salazar | Declare Complex Protective Order | | X X | |
| Herrera by Mallory Gagen | Declare Complex Protective Order | | X | X |
| Lovato by Todd Coberly | Declare Complex Protective Order | X | | X |
| TOTALS | Declare Complex Protective Order | 11 4 | 5 3 | 1 9 1 (no position Provided) |

          Respectfully submitted,

          RYAN ELLISON
          United States Attorney

          ***Electronically filed on June 12, 2025***
          MATTHEW MCGINLEY
          RAQUEL RUIZ-VELEZ
          BLAKE NICHOLS
          ELAINE Y. RAMÍREZ
          Assistant United States Attorneys
          Post Office Box 607
          Albuquerque, New Mexico 87103
          (505) 346-7274

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 12, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

***Electronically filed on June 12, 2025***
Elaine Y. Ramírez
Assistant United States Attorney