### IN THE DISTRICT COURT OF THE UNITED STATES

### FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No.  25-cr-879 JB

v.

HERIBERTO SALAZAR AMAYA,

        Defendant.

### NOTICE OF WITHDRAWAL OF DEFENDANT HERIBERTO SALAZAR AMAYA EMERGENCY EX PARTE APPLICATION FOR ORDER CONTINUING COURT HEARING

Defendant Heriberto Salazar Amaya, through his stand in counsel, Megan K. Mitsunaga, provides notice to the Court, Counsels for the Government and Counsels for codefendants of his withdrawal of his Emergency Ex Parte Application for Order Continuing Court Hearing [Doc. 208].  Counsel notes that this notice was provided orally at the hearing on June 12, 2025 and no opposition was raised by any party to the withdrawal of the Application.

                                    Respectfully submitted:

                                    **Electronically filed**

                                      /s/ Megan Mitsunaga
                                      Megan K. Mitsunaga
                                      518 Slate Ave NW
                                      Albuquerque, NM 87102
                                      (505) 280-9548
                                      (505) 219-1751 fax
                                      mitsunagalaw@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th of June, 2025, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

1

2

/S/ Megan Mitsunaga
Megan K. Mitsunaga
Stand in Attorney for Defendant