# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                        Crim. No. 25-879 JB

**HERIBERTO SALAZAR AMAYA et al.,**

    Defendants.

## NOTICE OF WITHDRAWAL OF OPPOSED MOTION TO EXTEND DEADLINE

The United States of America respectfully gives notice to this Court that it is withdrawing its Opposed Motion to Extend Discovery Deadline. *See* Doc. 154. The first of the discovery deadlines fell on May 14, 2025. *See* Docs. 68, 123, and 146. The United States filed its motion on May 13, 2025, in light of a pending Opposed Motion to Designate this Case as Complex, also filed on May 13, 2025. *See* Doc. 153.

During a June 12, 2025, hearing regarding this and other motions, the United States informed the Court it had disclosed 8,500 documents to Defendants on May 14, 2025, and continues to fulfill its ongoing discovery obligation. Therefore, the request is now moot and the United States withdraws its motion.

                                                            Respectfully submitted,

                                                            RYAN ELLISON
                                                            United States Attorney

                                                            *s\ Electronically Filed on June 13, 2025*
                                                            MATTHEW J. McGINLEY
                                                            ELAINE Y. RAMIREZ
                                                            RAQUEL RUIZ VELEZ
                                                            BLAKE NICHOLS
                                                           Assistant United States Attorneys

I HEREBY CERTIFY that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to opposing counsel of record on this date.

/s/
_____
MATTHEW J. MCGINLEY
Assistant United States Attorney