# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 25-879 JB | UNITED STATES vs. Salazar Amaya | |
| Hearing Date: | 7/1/2025 | Time In and Out: | 1:25 pm-1:29 pm |
| Courtroom Deputy: | C. Lopez | Digital Recording: | Rio Grande |
| Defendant: | Heriberto Salazar Amaya | Defendant's Counsel: | Michael Severo |
| AUSA: | Blake Nichols | Pretrial/Probation: | |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☒ Defendant waived appearance at Arraignment : Waiver of Appearance of Defendant Accepted by Court.
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Superseding Indictment
- ☒ Defendant enters a Not Guilty plea
- ☐ Motions due by:
- ☐ Parties agree Standing Discovery Order to be electronically entered  ☒ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Browning
- ☐ Trial will be scheduled by presiding judge    ☒ Trial currently set
- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.