IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.   25-CR-00879 JB |
| **HERIBERTO SALAZAR AMAYA, et al.,** | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL**

The United States hereby notifies the Court that Eva M. Fontanez is no longer counsel of record for the United States in the District of New Mexico in the above-captioned case.

Assistant United States Attorneys Elaine Y. Ramírez, Blake F. Nichols, and Raquel Ruiz-Velez, will remain as counsels of record for the United States in this case.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
United States Attorney

*Electronically filed on January 12, 2026*
EVA M. FONTANEZ
Assistant United States Attorney
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing
Electronically through the CM/ECF system,
which caused counsel of record to be served
by electronic means, as more fully reflected
on the Notice of Electronic Filing.

  ___/s/_____
Eva M. Fontanez
Assistant United States Attorney