# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 1:25-cr-00879 JB

HERIBERTO SALAZAR-AMAYA,

        Defendant.

## **FORFEITURE BILL OF PARTICULARS**

The United States of America, by and through the undersigned and pursuant to Federal Rule of Criminal Procedure 32.2, gives notice that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853.

Upon conviction of the offenses identified in the Second Superseding Indictment, the defendant, HERIBERTO SALAZAR-AMAYA, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses including, but not limited to, the following:

1.    PERSONAL PROPERTY

    a.  approximately $215,744.00 in United States currency.

    b.  Approximately $780,200.00 in United States currency.

    c.  Approximately $2,848,813.00 in United States currency.

    d.  Approximately $192,885.00 in United States currency.

    e.  Approximately $93,334.00 in United States currency.

f. Ford F-150 Shelby Super Snake Sport, VIN 1FTMF1E55MKE90066 displaying a temporary New Mexico plate "25T-039432."

g. Mercedes-Benz GLE 63x, VIN 4JGFD8KB2RB169624, displaying Colorado license plate "EFDN39."

h. Dodge Ram TRX Mammoth, VIN 1C6SRFU97MN748464, displaying Nevada license plate "PDA186."

i. Dodge Ram TRX 1500, VIN 1C6SRFU96MN742834, displaying Colorado license plate "DOLX90."

j. Dodge Charger Hellcat, VIN 2C3CDXL90PH557635, displaying temporary Colorado license plate "EOMM99."

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant United States Attorney

*/s/ Submitted Electronically*
STEPHEN R. KOTZ
Assistant United States Attorney
201 Third Street, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties and counsel of record to be served, as more fully reflected on the Notice of Electronic Filing.

*/s/ Stephen R. Kotz*
STEPHEN R. KOTZ
Assistant United States Attorney