IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CR. NO. 1:25-CR-00879-JB |
| **HERIBERTO SALAZAR AMAYA et al.**, | ) | |
| Defendants. | ) | |

## NOTICE OF RELATED CASES

The United States, through its undersigned counsel, informs the Court that the subject matter in the above-captioned case relates to the following other matter:

*United States vs. Eric Shaun McAfee, a.k.a. "Joker,"* **1:25-CR-04418-MLG.**

The United States hereby represents that the theories of prosecution, facts, evidence, defendant and witnesses in the listed cases are common to one another.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

BLAKE NICHOLS
Assistant U.S. Attorney
201 3rd Street NW, Ste. 900
Albuquerque, New Mexico 87102
(505) 346-7274