IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. 1:25-cr-879-1-JMC

HERIBERTO SALAZAR AMAYA,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION**
**FOR ORDER TO PREPARE FORM 13 PSR**

On August 19, 2026, Defendant Heriberto Salazar Amaya filed an Unopposed Motion for Order to Prepare Form 13 PSR in the above-styled criminal action (Doc. No. 794). Defendant requests that the United States Probation and Pretrial Services prepare a pre-plea sentence report by no later than September 30, 2026. Defendant indicates the government does not oppose the motion.

For good cause shown, the Court GRANTS Defendant's Unopposed Motion for Order to Prepare Form 13 PSR. The Court orders United States Probation and Pretrial Services to prepare a Form 13 Pre-Plea Sentence Report on or before **September 30, 2026**.

IT IS SO ORDERED.

Entered for the Court
this the 21st day of August, 2026

/s/ Joel M. Carson III______
Joel M. Carson III
United States Circuit Judge
Sitting by Designation